UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATALIE PATTISON and CHRISTOPHER J. PATTISON, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP., a foreign insurance company,<br><br>Defendant. | No. 3:23-cv-05729<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties, this matter is dismissed with prejudice, with each side to bear their own costs and attorney fees.

DATED this 28th day of March, 2024.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
[3:23-cv-05729] - 1

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015